UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    CIVIL NO. 97-1442 (DRD)

TROPICAL FRUIT, S.E., et al.,

Defendants.

## ORDER

Defendants' filed a Motion Requesting Brief Extension of Time to File Opposition to Motion for Summary Judgment (Docket No. 44), is **MOOT/GRANTED**.

IT IS SO ORDERED.

Date: September 29, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

P:\PEACHORD ERS\97-1442.ORD

Rec'd:            EOD:

By:            # 59