# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) **United States of America**

CIVIL NO. **97-1442** (DRD)

v.

Defendant(s) **Tropical Fruit, S.E., et al.**

| MOTION | ORDER |
|---|---|
| Docket entry no. **60** | ☒ GRANTED. |
| Date: **March 3, 2000** | ☐ DENIED. |
| Title: **Motion Requesting Scheduling of Status Conference** | ☐ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
00 MAR 13 AM 10:56
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

GRANTED. The Status Conference will be held via telephone conference on March 21, 2000 at 10:00 a.m. Defendant's counsel is to coordinate the conference call and when all necessary parties are in attendance call the Court. IT IS SO ORDERED.

Date: **3/10/2000**

*[signature]*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**