UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.  CIVIL NO. 97-1442 (DRD)

TROPICAL FRUIT, S.E., et al.,

Defendants.

## ORDER

Given the status of this case and that this case has been pending for over three years, the parties are hereby **ORDERED** to attend a **Pretrial Conference** to be held in Chamber's on **June 7, 2000 at 9:00 a.m.**, with a Trial to follow shortly thereafter.

IT IS SO ORDERED.

Date: March 31, 2000

P:\PEACHORD ERS\97-1442 PTC

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:    EOD:

By:    #