## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: May 23, 2000

UNITED STATES OF AMERICA
   Plaintiff
v.

CIVIL NO. 97-1442 (DRD)

TROPICAL FRUIT, et al.

   Defendants

BY ORDER OF THE COURT, at request of the parties the Pretrial Conference scheduled for June 7, 2000 is re-set for June 23, 2000 at 9:00 A.M. before Honorable Daniel R. Dom ínguez.

_____
Courtroom Deputy

Parties notified:

AUSA-Isabel Muñoz
Cindy Ginés, Esq.
Germán González, Esq.
Luis Sánchez-Betances, Esq.