UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
et al.

Plaintiffs

v.

TROPICAL FRUIT, et al.

Defendants

CIVIL NO. 97-1442   (DRD)

## ORDER

BY ORDER OF THE COURT and at request of the parties, the Pretrial Conference scheduled for June 23, 2000 is hereby re-set for July 21, 2000 at 4:00 P.M.

Once again the Court urges the parties to seriously consider a settlement in this case in view of the considerable first impression and/or novel issues that remain on the record.

IT IS SO ORDERED.

At San Juan, Puerto Rico, on this 21st day of June, 2000.

DANIEL R. DOMINGUEZ
U. S. District Judge

By:_____
Janet González