UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States

    v.                                                           Civ. No. 97-1442(DRD)

**Tropical Fruit, S.P. et al**

### ORDER

By order of the Court a **SETTLEMENT CONFERENCE** is to be held at the end of the PRETRIAL CONFERENCE set for **February 16, 2001 at 5:00 p.m.** If a settlement is not reached, the parties must be ready for trial. Trial will be set to commence on or about **March 15, 2001**.

IT IS SO ORDERED.

January 25, 2001

**DANIEL R. DOMINGUEZ**
U.S. District Judge