UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: March 26th, 2001
**CIVIL NO. 97-1442 (DRD)**
LAW CLERK: Carlos D. Rivas

===================================================================

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Attorneys: **MacLaughlin**, Jerome |
| | **Friedman**, Henry |
| | **Shaaf**, Henry |
| | **Shapiro**, Naomi |
| | **Del Carmen-Rodriguez**, Lourdes |
| Plaintiff, | |
| v. | |
| **TROPICAL FRUIT, S.P.,** | **MELENDEZ**, Oscar |
| Defendant. | **SIFRE**, Jaime |

===================================================================

    A SETTLEMENT CONFERENCE was held today. Defendant's Motion Requesting Continuance (Docket No. 68) and the Parties Joint Motion to Set Aside Dates (Docket No. 69) were thus **GRANTED/MOOT** as modified by the instant Order. The parties informed the Court that they had met earlier in the day to pursue their strong interest in reaching a settlement, and that they had made significant progress. The two critical issues that remain are the extent of the insecticide spray-free buffer zone, and the penalties against Defendant that the Environmental Protection Agency still seeks. The United States indicated that it would consult with its scientific experts regarding alternative methods of pesticide application that would allow preservation of the maximum possible quantity of Defendant's crops. The Court noted that the parties are clearly negotiating in good faith and have made encouraging progress, and **ORDERED** that a further SETTLEMENT CONFERENCE be held **on May 8, 2001 at 4:30pm**. Notwithstanding, the Court advised the parties that, in light of the time that this case has been pending, they should be prepared for trial, which is hereby **set for July 9, 2001**.

P:\MINUTES\97-1442_setc_03.wpd

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE