**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**BEFORE HONORABLE DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**              DATE: May 8, 2001
**CIVIL NO. 97-1442 (DRD)**
LAW CLERK: Carlos D. Rivas

========================================================================

                                          Attorney:
**UNITED STATES OF AMERICA,**             Jerome MacLaughlin
   Plaintiff,                             Henry Friedman
                                          Henry Schaaf
                                          Naomi Shapiro

   v.
**TROPICAL FRUIT, S.P.,**                 Oscar Melendez
   Defendants.                           Jaime Sifre

========================================================================

     A SETTLEMENT CONFERENCE was held.  The parties advised the Court of the status of the case.  Plaintiff's Motion in Limine (Docket No. 71) remains pending.  The Court granted Defendant **until June 29, 2001** to oppose said motion, or it shall be summarily granted.  In addition, the Court granted Plaintiff's request that the direct testimony of certain witnesses be presented in writing, so long as the cross-examination is conducted live. Finally, the Court noted that the parties continue to make significant good faith efforts towards a settled resolution of the dispute.  However, the Court also observed that this case has spent years in the docket, and must proceed to trial.  Thus, the Court set a further STATUS CONFERENCE for **June 12, 2001 at 5:00pm**, and advised the parties to be ready for a trial date sometime in July.

IT SO ORDERED.

P:\MINUTES\97-1442_set2.wpd                 **DANIEL R. DOMINGUEZ**
s/c: Counsel of record                      **U.S. District Judge**