UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: June 12, 2001
**CIVIL NO. 97-1442 (DRD)**
LAW CLERK: Dinorath Rosario Miranda

===============================================================

|  | Attorney: |
|---|---|
| **UNITED STATES OF AMERICA,** | Jerome MacLaughlin |
| Plaintiff, | Henry Friedman |
|  | Henry Schaaf |
|  | Naomi Shapiro |
| v. |  |
| **TROPICAL FRUIT, S.P.,** | Jaime Sifre |
| Defendants. |  |

===============================================================

A further STATUS CONFERENCE was held. The parties advised the Court of the status of the case. Parties indicated that they are working diligently towards a settlement, yet they continue to prepare for trial. A meeting among the parties will be held on June 13, 2001 to determine settlement. Plaintiff's Motion in Limine (Docket No. 71) remains pending. Plaintiff moved for the Court's ruling on said motion during the conference. The Court indicated that it usually considers Motions in Limine during the trial. Finally, the Court noted that the parties continue to make significant good faith efforts towards a settled resolution of the dispute. Thus, the Court set a final PRE-TRIAL CONFERENCE for **July 3, 2001 at 5:00pm**, and advised the parties to be ready for trial on July 9, 2001.

IT SO ORDERED.

P:\MINUTES\97-1442_further status.wpd  **DANIEL R. DOMINGUEZ**
s/c: Counsel of record  **U.S. District Judge**

