# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Scheduled Time. 5:00
Starting Time. 5:00
Ending Time: 5:30

## MINUTES OF PROCEEDINGS

HONORABLE **DANIEL R. DOMINGUEZ**

COURTROOM DEPUTY: BECKY AGOSTINI          DATE: 07-03-01

COURT REPORTER:  NONE                     CV. NO: 97-1442 (DRD)

===============================================================

UNITED STATES OF AMERICA                  HENRY S. FRIEDMAN
                                          LOURDES C. RODRIGUEZ

vs.

TROPICAL FRUIT, ET. AL.                   JAIME SIFRE, ESQ.

===============================================================

Pretrial Conference held in chambers.  Parties have been in intensive settlement negotiations with no success.  Parties moves for Court's assistance in an effort to reach a settlement. Since this case is set for Monday, July 9th, 2001, the Court will hold a settlement conference that Monday at 8:30 a.m.

                                          _____
                                          Courtroom Deputy Clerk

s/copies: to counsel.
Deputy Clerk.

