### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
### BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: July 20, 2001
**CIVIL NO. 97-1442 (DRD)**
LAW CLERK: Ronald D. Swanson-Cerna, Esq.

===============================================================

|  | Attorney: |
|---|---|
| **UNITED STATES OF AMERICA,** | Jerome MacLaughlin |
| Plaintiff, | Henry Friedman |
|  | Eric Schaaf |
|  | Alfred Irvin |
|  | Tom Boer |
|  | Lourdes Rodríguez |
| v. |  |
| **TROPICAL FRUIT, S.P.,** | Jaime Sifre |
| Defendants. |  |

===============================================================

The parties have been in conference since yesterday, July 19, 2001, seriously considering a settlement. Today, July 20, 2001, the parties advised the Court that they had reached a full settlement approving specific language contained within a document acceptable to both parties. The document must be specifically authorized by further supervisory attorneys at the EPA, and must be subject to public comment.

The Court grants the parties until **August 15, 2001**, to make the final filing, and the public comment must be finished by **September 21, 2001.**

**It is critical that final settlement documents be filed in Court with all proper endorsements by September 28, 2001.**

NO EXTENSIONS SHALL BE GRANTED

P:\MINUTES\97-1442 Settlement.wpd          **DANIEL R. DOMINGUEZ**
s/c: Counsel of record                              **U.S. District Judge**

Page 1 of 1