UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.   CIVIL NO. 97-1442 (DRD)

TROPICAL FRUIT, S.E., et al.,

Defendants.

## ORDER

Remaining before the Court in this case are Docket #'s 71 and 72. The former is Plaintiff's Motion in *Limine* requesting a clarification of the Court's March 31, 2000, Opinion & Order. The latter is by Defendants to extend time to respond to Plaintiff's Motion in *Limine*. Docket #72 is **GRANTED / MOOT**.

The parties have advised the Court that they have settled this case, and they are simply awaiting termination of the formal procedures. As a result, Docket # 71 is **DENIED / MOOT**. Should settlement in the case ultimately not occur, the Court would entertain the proper motion to reconsider Plaintiff's need for their Motion in *Limine*, should one be submitted,

IT IS SO ORDERED.

Date: August 06, 2001

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

P:\RDSC\Cases\97-1442\71 & 72.wpd




| Rec'd: | EOD: |
|---|---|
| By: | # 89 |