UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.  CIVIL NO. 97-1442 (DRD)

TROPICAL FRUIT, S.E., et al.,

Defendants.

## ORDER

The parties have reached a settlement in this matter. Plaintiff has filed a Consent Decree which has been signed by the Defendant, along with a Motion for said Consent Decree to be entered (Docket #91). The Court GRANTS Plaintiff's Motion, approves of the Consent Decree. The parties shall faithfully abide by the terms and conditions of the consent decree.

IT IS SO ORDERED.

Date: October 24, 2001

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

P:\RDSC\Cases\97-1442\Settlement.wpd

Rec'd:        EOD:

By:           # 93