UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
  Plaintiff,

v.                                                                          CIVIL NO. 97-1442 (DRD)

TROPICAL FRUIT, S.E., et al.,
  Defendants.

## JUDGMENT

In accordance with the Order of this same date, the Parties settlement is **GRANTED** and this case is **DISMISSED**.

**IT IS SO ADJUDGED AND DECREED.**

Date: October 24, 2001                                       DANIEL R. DOMINGUEZ
P:\RDSC\Cases\97-1442\Judgment.wpd                           U.S. District Judge

Rec'd:                    EOD:

By:                       # 94

