UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>TROPICAL FRUIT, S.E.; AVSHALOM LUBIN; CESAR OTERO ACEVEDO; and PEDRO TOLEDO GONZALEZ<br><br>Defendants | Civil Action No. 97-1442-DRD |

### MOTION REQUESTING LEAVE TO REPLY PLAINTIFF'S OPPOSITION TO MOTION REQUESTING ADDITIONAL EXTENSION OF TIME TO RESPOND TO MOTION FOR ORDER TO SHOW CAUSE AND REPLY TENDERED HEREWITH

TO THE HONORABLE COURT:

COME NOW defendants, represented by the undersigned counsel, and very respectfully allege and pray as follows:

1. On April 13, 2005 plaintiff opposed defendants' request for an additional extension of time until May 6, 2005 to comply with the Court's order to show cause. (Docket No. 103)

2. Defendants respectfully request leave to file the Reply tendered herewith.

WHEREFORE, it is respectfully requested from this Honorable Court that it grant defendants leave to reply plaintiff's opposition and allow the filing of the Reply tendered herewith.

Respectfully submitted.

In San Juan, Puerto Rico, on this 27th day of April, 2005.

     I HEREBY CERTIFY that on April 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Henry Friedman, Esq., Environmental Enforcement Section, U. S. Department of Justice, PO Box 7611, Washington, D. C. 20044; Isabel Muñoz, Assistant United States Attorney, Federal Building, Room 452 Chardon Avenue, Hato Rey, Puerto Rico 00918.

     I HEREBY CERTIFY that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participants: German A. González PO Box 190764 San Juan, PR 00919-0764.

SANCHEZ-BETANCES, SIFRE,
MUÑOZ-NOYA & RIVERA, PSC.
Counsel for Defendants
PO Box 195055
San Juan, PR  00919-5055
Tel. (787) 756-7880
Fax (787) 753-6580
jsifre@sbsmnr.com
mvila@sbsmnr.com


s/ Jaime Sifre Rodriguez
ATTORNEY JAIME  SIFRE-RODRIGUEZ
USDC-PR: 117409


s/Marta E.Vila Baez
MARTA E. VILA BAEZ
USDC NO. 218111

H:\910.443\MOTIONS\045MOTIONREQUESTINGLEAVETOREPLY.wpd