H0394879
Trainee Identification Number
11/MAR/2002    11/MAR/2007
Issue Date    EXP. DATE
Anna D. Martínez
Trainer Name (Print)
DAPR - Lab. Agrológico
Trainer Affiliation
GUAYANILLA, PR
Training Location (City, State)

U.S. Environmental Protection Agency
401 M Street, SW (7506C) • Washington, DC 20460



WORKER PROTECTION STANDARD TRAINING
HANDLER VERIFICATION CARD
H0394879

WILLIAM AYALA ACOSTA
Name (print)    Nombre (en letra de molde)

Trainee Signature (Firma de la Persona Entrenada)

has completed the Pesticide HANDLER and WORKER safety training as required by the Federal Worker Protection Standard.
ha completado el entrenamiento para los MANEJADORES de Pesticidas y Trabajadores Agrícolas sobre la seguridad en el uso de los pesticidas como lo exige el Estandar Federal para la Proteccion de los Trabajadores Agricolas.

EXHIBIT 1





H0394874
Trainee Identification Number

11/MAR/2002    11/MAR/2007
Issue Date      EXP. DATE

Anna D. Martínez *Anna D Martinez*
Trainer Name (Print)

DAPR - Lab. Agrológico
Trainer Affiliation

GUAYANILLA, PR
Training Location (City, State)

U.S. Environmental Protection Agency
401 M Street, SW (7506C) • Washington, DC 20460



**WORKER PROTECTION STANDARD TRAINING**
**HANDLER VERIFICATION CARD**
**H0394874**

EDDIE RODRIGUEZ CRUZ
Name (print)        Nombre (en letra de molde)

*Eddie Rodriguez Cruz*
Trainee Signature (Firma de la Persona Entrenada)

has completed the Pesticide HANDLER and WORKER safety training as required by the Federal Worker Protection Standard.

ha completado el entrenamiento para los MANEJADORES de Pesticidas y Trabajadores Agrícolas sobre la seguridad en el uso de los pesticidas como lo exige el Estandar Federal para la Protección de los Trabajadores Agrícolas.



WORKER PROTECTION STANDARD TRAINING
HANDLER VERIFICATION CARD
H0394876

NELSON AYALA ACOSTA
Name (print) / Nombre (en letra de molde)

Trainee Signature (Firma de la Persona Entrenada)

has completed the Pesticide HANDLER and WORKER safety training as required by the Federal Worker Protection Standard.
ha completado el entrenamiento para los MANEJADORES de Pesticidas y Trabajadores Agrícolas sobre la seguridad en el uso de los pesticidas como lo exige el Estándar Federal para la Protección de los Trabajadores Agrícolas.

H0394876
Trainee Identification Number

11/MAR/2002     11/MAR/2007
Issue Date       EXP. DATE

Anna D. Martínez
Trainer Name (Print)

DAPR - Lab. Agrológico
Trainer Affiliation

GUAYANILLA, PR
Training Location (City, State)



U.S. Environmental Protection Agency
401 M Street, SW (7506C) • Washington, DC 20460

H0394878

11/MAR/2002   11/MAR/2007
Issue Date    EXP. DATE

Anna D. Martínez *Anna D Martinez*
Trainer Name (Print)

DAPR - Lab. Agrológico
Trainer Affiliation

GUAYANILLA, PR
Training Location (City, State)

U.S. Environmental Protection Agency
401 M Street, SW (7506C) • Washington, DC 20460

---



**WORKER PROTECTION STANDARD TRAINING**
**HANDLER VERIFICATION CARD**
**H0394878**

GERARDO SEPULVEDA ROSARIO
Name (print)          Nombre (en letra de molde)

*Gerardo Sepulveda Rosario*
Trainee Signature (Firma de la Persona Entrenada)

has completed the Pesticide HANDLER and WORKER safety training as required by the Federal Worker Protection Standard.

ha completado el entrenamiento para los MANEJADORES de Pesticidas y Trabajadores Agricolas sobre la seguridad en el uso de los pesticidas como lo exige el Estandar Federal para la Proteccion de los Trabajadores Agricolas.

```
H0394875
Trainee Identification Number
11/MAR/2002    11/MAR/2007
Issue Date      EXP. DATE
ANNA D. MARTINEZ
Trainer Name (Print)
DAPR - LAB. AGROLOGICO
Trainer Affiliation
GUAYANILLA, PR
Training Location (City, State)
         U.S. Environmental Protection Agency
      401 M Street, SW (7506C) • Washington, DC 20460
```

```
WORKER PROTECTION STANDARD TRAINING
       HANDLER VERIFICATION CARD
              H0394875
       WILLIAM ROMAN ROSARIO
Name (print)         Nombre (en letra de molde)

Trainee Signature (Firma de la Persona Entrenada)
```

has completed the Pesticide HANDLER and WORKER safety training as required by the Federal Worker Protection Standard.
ha completado el entrenamiento para los MANEJADORES de Pesticidas y Trabajadores Agricolas sobre la seguridad en el uso de los pesticidas como lo exige el Estandar Federal para la Proteccion de los Trabajadores Agricolas.





# WORKER PROTECTION STANDARD TRAINING
# HANDLER VERIFICATION CARD
## H0394871

ROBERTO VELEZ VEGA
Name (print) / Nombre (en letra de molde)

*Roberto Velez Vega*
Trainee Signature (Firma de la Persona Entrenada)

has completed the Pesticide HANDLER and WORKER safety training as required by the Federal Worker Protection Standard.

ha completado el entrenamiento para los MANEJADORES de Pesticidas y Trabajadores Agricolas sobre la seguridad en el uso de los pesticidas como lo exige el Estandar Federal para la Proteccion de los Trabajadores Agricolas.

H0394871
Trainee Identification Number
11/MAR/2002   11/MAR/2007
Issue Date       EXP. DATE
Anna D. Martínez *Anna D. Martínez*
Trainer Name (Print)
DAPR - Lab. Agrológico
Trainer Affiliation
GUAYANILLA, PR
Training Location (City, State)



U.S. Environmental Protection Agency
401 M Street, SW (7506C) • Washington, DC 20460