☆ U.S. GOVERNMENT PRINTING OFFICE: 1979—622—911

**U.S. ENVIRONMENTAL PROTECTION AGENCY**

**NOTICE OF PESTICIDE USE/MISUSE INSPECTION**

**ADDRESS (EPA Regional Office):** Agricultura de Puerto Rico _ iv Ambiyico

**DATE:** Feb. 26, 2003  **HOUR:** 10:00 AM

**NAME OF INDIVIDUAL:** Sr. Ilan Oliver — Farm Manager

**NAME (Firm, Farmer, Homeowner, etc.):** Tropical Fruit S.P.
Tel. 787-835-1950

**ADDRESS (Number, Street, City, State and ZIP code):** Carr. N° 335 Km 8, B° Boca, Guayanilla, P.R. 00656
P.O. Box 560572 Guayanilla, P.R.

**SIGNATURE OF EPA EMPLOYEE:** Roberto Rivera Vile

EPA-PRDA Inspection

**REASON FOR INSPECTION**

[X] For the purpose of inspecting sites where pesticides are being used to collect data on the use of pesticides and to determine whether pesticides are being used in compliance with the Federal Insecticide, Fungicide, and Rodenticide Act.

[X] For the purpose of inspecting sites where pesticides have been used to determine whether the pesticides were used in compliance with the Federal Insecticide, Fungicide, and Rodenticide Act.

**VIOLATION SUSPECTED**

Routine inspection

Accompanied by:
Agro. Juan C. Muñoz - PRDA-EPA
Lisette Lugo - EPA

**CONSEN**

[X] Voluntary Consent Necessary to Enter for Inspection and/or Sampling

The undersigned hereby voluntarily consents to an inspection of Tropical of which I am Owner, Agent or Person-In-Charge, for the purposes of gathering information and/or samples in connection with the administration and enforcement of FIFRA. I understand that I have the right to refuse consent to this entry.

**SIGNATURE:** [signed]   **TITLE:** Farm Manager   **DATE:** 2

**EXHIBIT 2**

3-REGION COPY
4-INSPECTOR'S COPY