

EXHIBIT 5



**TROPICAL FRUIT S.P.**
PUERTO RICO
GROWERS, PACKERS, WORLD WIDE MARKETING

2/5/2003

Dear Lcda. Carmen H. Zayas

Regarding your letter From April 17, 2003 (Re: 02-26-03-4221-01-PR-NS).
During the inspection on February 26, 2003, Agro. Roberto Rivera Velez who was accompanied by Lisette Lugo – EPA and Agro. Juan. C. Munuz, did notify me about the 4 uncomplied "WPS" requirements that you mentioned in the letter:
1. WPS records on the bulletin board were not updated.
2. WPS training records were not updated.
3. Decontamination area and the decontamination accessories: soap, paper towels, running water and eye wash facility, were not available for the mango harvest operation.
4. Warning sigh for a treated area was left on site over the expiration time of the "REI".

Agro. Juan. C. Munuz told me it won't be considered as a violation if I'll correct the above mentioned requirements in two weeks.

On March 13, 2003, Agro. Roberto Rivera Velez accompanied by Agro. Juan. C. Munuz and Biol. Najda Alvarez conducted a follow-up inspection.
During this inspection all the corrections, including all the above mentioned "WPS" requirements, has been checked and been found as fully complied with the law, as I been notified by Agro. Roberto Rivera Velez and Agro. Juan. C. Munuz.
They also mentioned me their satisfaction from my quick and full compliance with the law demands and recommended me to continue in this way.
I understood that the case is closed.

Cordially,
M.s. Agro. Ilan Oliver – Tropical Fruit S.P.

Central San Francisco • Box 560572 • Guayanilla, Puerto Rico 00656- 0572
Tel. (787) 835-1950 • Fax (787) 835-2144