TROPICAL FRUIT S.P.
CENTRAL SAN FRANCISCO
BOX 560572
GUAYANILLA, PR 00656-0572

# Recibo de entrenamiento al trabajador agrícola según Normas de Protección (WPS)

*Información al empleador:* *Según las Normas de Protección al Trabajador de la EPA se requiere que los empleadores le ofrezcan a los trabajadores agrícolas un entrenamiento completo sobre las Normas de Seguridad contra pesticidas, antes del sexto día de entrada del trabajador a un área donde se haya puesto en vigencia un intervalo de entrada restringida (REI) en los últimos treinta (30) días.*

*El entrenamiento debe ofrecerse de manera que lo entienda el trabajador, y este formulario firmado servirá de registro de ese entrenamiento.*

He recibido entrenamiento de seguridad de pesticidas para trabajadores agrícolas, que incluyó la siguiente información:

- Dónde y en qué forma se encontrarán pesticidas durante las actividades de trabajo.
- Los peligros de los pesticidas que resultan de la toxicidad y exposición, incluyendo efectos graves, efectos crónicos, efectos retardados y sensibilización.
- Vías por las cuales pueden entrar al cuerpo los pesticidas.
- Señales y síntomas de tipos comunes de envenenamiento por pesticidas.
- Primeros auxilios de emergencia para lesiones o envenenamiento por pesticidas.
- Cómo obtener atención médica de emergencia.
- Procedimientos de descontaminación de emergencia y de rutina, incluyendo técnicas para lavado de ojos en emergencia.
- Peligros de propagación y corriente de pesticidas.
- Peligros de residuos de pesticida en la ropa.
- Advertencia sobre el transporte a la casa de pesticidas o envases de pesticidas.
- Una explicación de los requisitos de las Normas WPS creadas para proteger a los trabajadores, incluyendo restricciones de aplicación y entrada, diseño de señales de advertencia, colocación de señales de advertencia, advertencias orales, disponibilidad de información específica sobre aplicaciones y protección contra represalias.

Recibí el entrenamiento en una manera que pude entenderlo.

Nombre del Empleado (escriba en letra de imprenta por favor) MELVIN LÓPEZ RODRIG

Firma Melvin López Rodriguez

Dirección HC 02 Box 7866 GUAYANILLA
P.R. 00656

Número de Seguro Social 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          Fecha MARZO 27-03

EXHIBIT 6

TROPICAL FRUIT S.P.
CENTRAL SAN FRANCISCO
BOX 560572
GUAYANILLA, PR 00656-0572

# Recibo de entrenamiento al trabajador agrícola según Normas de Protección (WPS)

*Información al empleador: Según las Normas de Protección al Trabajador de la EPA se requiere que los empleadores le ofrezcan a los trabajadores agrícolas un entrenamiento completo sobre las Normas de Seguridad contra pesticidas, antes del sexto día de entrada del trabajador a un área donde se haya puesto en vigencia un intervalo de entrada restringida (REI) en los últimos treinta (30) días.*

*El entrenamiento debe ofrecerse de manera que lo entienda el trabajador, y este formulario firmado servirá de registro de ese entrenamiento.*

He recibido entrenamiento de seguridad de pesticidas para trabajadores agrícolas, que incluyó la siguiente información:



- Dónde y en qué forma se encontrarán pesticidas durante las actividades de trabajo.
- Los peligros de los pesticidas que resultan de la toxicidad y exposición, incluyendo efectos graves, efectos crónicos, efectos retardados y sensibilización.
- Vías por las cuales pueden entrar al cuerpo los pesticidas.
- Señales y síntomas de tipos comunes de envenenamiento por pesticidas.
- Primeros auxilios de emergencia para lesiones o envenenamiento por pesticidas.
- Cómo obtener atención médica de emergencia.
- Procedimientos de descontaminación de emergencia y de rutina, incluyendo técnicas para lavado de ojos en emergencia.
- Peligros de propagación y corriente de pesticidas.
- Peligros de residuos de pesticida en la ropa.
- Advertencia sobre el transporte a la casa de pesticidas o envases de pesticidas.
- Una explicación de los requisitos de las Normas WPS creadas para proteger a los trabajadores, incluyendo restricciones de aplicación y entrada, diseño de señales de advertencia, colocación de señales de advertencia, advertencias orales, disponibilidad de información específica sobre aplicaciones y protección contra represalias.

Recibí el entrenamiento en una manera que pude entenderlo.



Nombre del Empleado (escriba en letra de imprenta por favor) Eddie A Rodriguez

Firma _Eddie A Rodriguez Rodriguez_

Dirección _Bo Barrinas Sector Cienega_
_HC03 Box 13558 Yauco P.R. 00698_

Número de Seguro Social _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_    Fecha _3/28/02_

BILL HUNT COMPANY
15152 S.W. 143 AVENUE
MIAMI, FL 33196

# Recibo de entrenamiento al trabajador agrícola
## según Normas de Protección (WPS)

*Información al empleador: Según las Normas de Protección al Trabajador de la EPA se requiere que los empleadores le ofrezcan a los trabajadores agrícolas un entrenamiento completo sobre las Normas de Seguridad contra pesticidas, antes del sexto día de entrada del trabajador a un área donde se haya puesto en vigencia un intervalo de entrada restringida (REI) en los últimos treinta (30) días.*

*El entrenamiento debe ofrecerse de manera que lo entienda el trabajador, y este formulario firmado servirá de registro de ese entrenamiento.*

He recibido entrenamiento de seguridad de pesticidas para trabajadores agrícolas, que incluyó la siguiente información:

- Dónde y en qué forma se encontrarán pesticidas durante las actividades de trabajo.
- Los peligros de los pesticidas que resultan de la toxicidad y exposición, incluyendo efectos graves, efectos crónicos, efectos retardados y sensibilización.
- Vías por las cuales pueden entrar al cuerpo los pesticidas.
- Señales y síntomas de tipos comunes de envenenamiento por pesticidas.
- Primeros auxilios de emergencia para lesiones o envenenamiento por pesticidas.
- Cómo obtener atención médica de emergencia.
- Procedimientos de descontaminación de emergencia y de rutina, incluyendo técnicas para lavado de ojos en emergencia.
- Peligros de propagación y corriente de pesticidas.
- Peligros de residuos de pesticida en la ropa.
- Advertencia sobre el transporte a la casa de pesticidas o envases de pesticidas.
- Una explicación de los requisitos de las Normas WPS creadas para proteger a los trabajadores, incluyendo restricciones de aplicación y entrada, diseño de señales de advertencia, colocación de señales de advertencia, advertencias orales, disponibilidad de información específica sobre aplicaciones y protección contra represalias.

Recibí el entrenamiento en una manera que pude entenderlo.

Nombre del Empleado (escriba en letra de imprenta por favor) _Abraham Martinez Quiñonez_

Firma _Abraham Martinez Quiñonez_

Dirección _Barina Secto, La Torga Yauco_

Número de Seguro Social _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_  Fecha _13 mayo 2003_

BILL HUNT COMPANY
15152 S.W. 143 AVENUE
MIAMI, FL 33186

# Recibo de entrenamiento al trabajador agrícola
# según Normas de Protección (WPS)

*Información al empleador: Según las Normas de Protección al Trabajador de la EPA se requiere que los empleadores le ofrezcan a los trabajadores agrícolas un entrenamiento completo sobre las Normas de Seguridad contra pesticidas, antes del sexto día de entrada del trabajador a un área donde se haya puesto en vigencia un intervalo de entrada restringida (REI) en los últimos treinta (30) días.*

*El entrenamiento debe ofrecerse de manera que lo entienda el trabajador, y este formulario firmado servirá de registro de ese entrenamiento.*

He recibido entrenamiento de seguridad de pesticidas para trabajadores agrícolas, que incluyó la siguiente información:

- Dónde y en qué forma se encontrarán pesticidas durante las actividades de trabajo.
- Los peligros de los pesticidas que resultan de la toxicidad y exposición, incluyendo efectos graves, efectos crónicos, efectos retardados y sensibilización.
- Vías por las cuales pueden entrar al cuerpo los pesticidas.
- Señales y síntomas de tipos comunes de envenenamiento por pesticidas.
- Primeros auxilios de emergencia para lesiones o envenenamiento por pesticidas.
- Cómo obtener atención médica de emergencia.
- Procedimientos de descontaminación de emergencia y de rutina, incluyendo técnicas para lavado de ojos en emergencia.
- Peligros de propagación y corriente de pesticidas.
- Peligros de residuos de pesticida en la ropa.
- Advertencia sobre el transporte a la casa de pesticidas o envases de pesticidas.
- Una explicación de los requisitos de las Normas WPS creadas para proteger a los trabajadores, incluyendo restricciones de aplicación y entrada, diseño de señales de advertencia, colocación de señales de advertencia, advertencias orales, disponibilidad de información específica sobre aplicaciones y protección contra represalias.

Recibí el entrenamiento en una manera que pude entenderlo.

Nombre del Empleado (escriba en letra de imprenta por favor) _Jose Luis Sugo Martinez_

Firma _Jose Luis Sugo Martinez_

Dirección _Bo Indio 208 Calle 335 Guayanilla_

_P.R. 00656_

Número de Seguro Social _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_    Fecha _7 Mayo 05_