

↑ After flooding



↑ Before flooding

EXHIBIT 7