U.S. GOVERNMENT PRINTING OFFICE: 1979—622—

| | |
|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY**<br>**NOTICE OF PESTICIDE USE/MISUSE INSPECTION** | ADDRESS (EPA Regional Office)<br>Dept. Agricultura de P.R.<br>Laboratorio Agrilojico<br>DATE 03/12/04   HOUR 9:10 AM |
| NAME OF INDIVIDUAL<br>Sr. Ilan Oliver | TITLE<br>Farm Manager |
| NAME (Firm, Farmer, Homeowner, etc.)<br>Tropical Fruit S.P. | ADDRESS (Number, Street, City, State and ZIP code)<br>P.O. Box 5600572<br>Guayanilla, P.R. 00659-0572<br>Carr. 335 Km 8 Guayanilla, P.R. |
| SIGNATURE OF EPA EMPLOYEE<br>Roberto Rivera Jr. | TITLE<br>EPA-PRDA Inspector |

**REASON FOR INSPECTION**

☒ For the purpose of inspecting sites where pesticides are being used to collect data on the use of pesticides and to determine whether pesticides are being used in compliance with the Federal Insecticide, Fungicide, and Rodenticide Act.

☒ For the purpose of inspecting sites where pesticides have been used to determine whether the pesticides were used in compliance with the Federal Insecticide, Fungicide, and Rodenticide Act.

VIOLATION SUSPECTED:

Inspeccion de Rutina

Accompanied by:
Juan C. Muñoz EPA-PRDA Inspector
Vera Solteno EPA Inforcement Officer.

**CONSENT**

☒ Voluntary Consent Necessary to Enter for Inspection and/or Sampling

The undersigned hereby voluntarily consents to an inspection of __Tropical Fruit S.P.__, of which I am Owner, Agent or Person-In-Charge, for the purposes of gathering information and/or samples in connection with the administration and enforcement of FIFRA. I understand that I have the right to refuse consent to this entry.

| SIGNATURE<br>X Oliv | TITLE<br>X Farm Manager | DATE<br>X 3/12/04 |
|---|---|---|

EPA Form 3540-25 (3-77)

**EXHIBIT 8**

ORIGINAL 1-USE REPORT COPY
2-OWNER/AGENT COPY
3-REGION COPY
4-INSPECTOR'S COPY