U.S. GOVERNMENT PRINTING OFFICE: 1979—622—9

| | |
|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** <br> **NOTICE OF PESTICIDE USE/MISUSE INSPECTION** | ADDRESS (EPA Regional Office) <br> Dept. Agricultura <br> Laboratorio Agrologico <br> DATE: MAR. 26, 2004   HOUR: 10:30 AM |
| NAME OF INDIVIDUAL <br> Sr. Ilan Oliver | TITLE <br> Farm Manager |
| NAME (Firm, Farmer, Homeowner, etc.) <br> Tropical Fruit S.P. <br> Tel. 835-1950 | ADDRESS (Number, Street, City, State and ZIP code) <br> Carr. N° 335 Km 8 Boca Wanda <br> Guayanilla, Puerto Rico <br> Box 560572 Guayanilla, P.R. <br> 00656-0572 |
| SIGNATURE OF EPA EMPLOYEE <br> Roberto Rivera Vil | TITLE <br> EPA-PRDA Inspector |

**REASON FOR INSPECTION**

[X] For the purpose of inspecting sites where pesticides are being used to collect data on the use of pesticides and to determine whether pesticides are being used in compliance with the Federal Insecticide, Fungicide, and Rodenticide Act.

[X] For the purpose of inspecting sites where pesticides have been used to determine whether the pesticides were used in compliance with the Federal Insecticide, Fungicide, and Rodenticide Act.

VIOLATION SUSPECTED:

Follow up to inspection performed on March 12, 2004

**CONSENT**

[X] Voluntary Consent Necessary to Enter for Inspection and/or Sampling

The undersigned hereby voluntarily consents to an inspection of __Tropical Fruit S.P.__ of which I am Owner, Agent or Person-In-Charge, for the purposes of gathering information and/or samples in connection with the administration and enforcement of FIFRA. I understand that I have the right to refuse consent to this entry.

SIGNATURE: Oli—   TITLE: Farm Manager   DATE: 3/26/04

EPA Form 3540-25 (3-77)

ORIGINAL 1-USE REPORT COPY <br> 2-OWNER/AGENT COPY <br> 3-REGION COPY <br> 4-INSPECTOR'S COPY

**EXHIBIT 9**