☆ U.S. GOVERNMENT PRINTING OFFICE: 1979—622—911

| U.S. ENVIRONMENTAL PROTECTION AGENCY **NOTICE OF PESTICIDE USE/MISUSE INSPECTION** | ADDRESS (EPA Regional Office) Dept. Agricultura de Puerto Rico Laboratorio Agrologico |
|---|---|
| | DATE MAR. 13, 2003 — HOUR 9:43 AM |
| NAME OF INDIVIDUAL Mr. Ilan Oliver | TITLE Farm Manager |
| NAME (Firm, Farmer, Homeowner, etc.) Tropical Fruit S.P. Tel 787-835-1950 | ADDRESS (Number, Street, City, State and ZIP code) Carr. N° 335 Km 8 Bº Boca, Guayanilla, P.R. 00656 P.O. Box 560572 Guayanilla, P.R. |
| SIGNATURE OF EPA EMPLOYEE Roberto Rivera Vélez | TITLE EPA-PRDA Inspector |

**REASON FOR INSPECTION**

☐ For the purpose of inspecting sites where pesticides are being used to collect data on the use of pesticides and to determine whether pesticides are being used in compliance with the Federal Insecticide, Fungicide, and Rodenticide Act.

☐ For the purpose of inspecting sites where pesticides have been used to determine whether the pesticides were used in compliance with the Federal Insecticide, Fungicide, and Rodenticide Act.

**VIOLATION SUSPECTED:**

1 — Follow-up to inspection initiated on Feb. 26, 2003

Accompanied by:
Agro. Juan C. Muñoz-Proa-EPA
Biol. Najda Alvarez

**CONSENT**

☒ Voluntary Consent Necessary to Enter for Inspection and/or Sampling

The undersigned hereby voluntarily consents to an inspection of Tropical Fruit S.P., of which I am Owner, Agent or Person-In-Charge, for the purposes of gathering information and/or samples in connection with the administration and enforcement of FIFRA. I understand that I have the right to refuse consent to this entry.

| SIGNATURE X Oliver | TITLE X FARM MANAGER | DATE X 3/13/03 |
|---|---|---|

EPA Form 3540-25 (3-77)

**EXHIBIT 3**

ORIGINAL 1-USE REPORT COPY
2-OWNER/AGENT COPY
3-REGION COPY
4-INSPECTOR'S COPY