

ESTADO LIBRE ASOCIADO DE PUERTO RICO

## DEPARTAMENTO DE AGRICULTURA

P.O. BOX 10163, SAN JUAN, PR 00908-1163

17 de abril de 2003

Sr. Ilán Oliver
**Tropical Fruit, S.P.**
PO Box 560572
Guayanilla, P.R.  00656

**NOTIFICACION DE VIOLACION**

Re:   02-26-03-4221-01-PR-NS

Estimado señor Oliver:

El 26 de febrero de 2003, nuestro Inspector del Programa de Fiscalización de Plaguicidas, Agro. Roberto Rivera Vélez, efectuó una visita de inspección en Tropical Fruit, S.P., localizada en la Carr. #335 Km 8, Bo. Boca, Guayanilla, Puerto Rico.

Durante dicha inspección se encontró que no están siguiendo las instrucciones de las etiquetas de los plaguicidas respecto a las Normas para la Protección del Obrero Agrícola ("Worker Protection Standard").  No se cumple con los siguientes requisitos:

<u>Tablón con Información al Trabajador Agrícola:</u>

- Records Aplicación
    - Los records no estaban accesibles ni al día

II. <u>Adiestramientos:</u>
    - Records Adiestramientos
    - Records adiestramiento entrada temprana

*Agricultura, la esperanza del futuro*

**EXHIBIT 4**

Sr. Ilán Oliver
17 de abril de 2003
Página 2

III. Area Descontaminación:
- Agua – para los trabajadores
- Jabón – para los trabajadores
- toallas de papel – para los trabajadores
- lavado de ojos para los manejadores

V. Rotulación de área tratada:

Se dejó después de los tres días de haber vencido el "REI".

Queremos indicarle que el no seguir correctamente las instrucciones de uso que aparecen en las etiquetas de los plaguicidas al momento de ser utilizadas, se considera una violación al Artículo 3(b) de la Ley # 49 del 10 de junio de 1953, según enmendada y conocida como Ley de Plaguicidas de Puerto Rico y al Artículo 217 del Reglamento para Regir la Venta, Uso y Distribución de Plaguicidas y/o Dispositivos en el Estado Libre Asociado de Puerto Rico.

En virtud de la autoridad conferida en los Artículos 6 y 9 de la Ley de Plaguicidas de Puerto Rico y el Artículo 501(A) del Reglamento, promulgado en virtud de la misma, le estamos notificando dichas violaciones.

Esperamos que estas violaciones sean corregidas lo antes posible y así continúe trabajando en armonía con los requisitos de Ley aplicables.

Para cualquier información adicional, favor de comunicarse a nuestras oficinas a los teléfonos (787) 796-1735 ó (787) 796-1775.

Atentamente,

Lcda. Carmen H. Zayas
Directora Interina, Lab. Agrológico

RRV/jbr