

EXHIBIT 13