

EXHIBIT 14