## INSTANCIA

A: Registro De La Propiedad
Ponce, Puerto Rico

La finca que se describe a continuación está registrada a nombre de Tropical Fruit, S.E., al folio 181, vuelto, del tomo 119 de Guayanilla, Registro De La Propiedad, Sección Dos de Ponce, finca 2,614, inscripción número 12.

> **RUSTICA:** Extensión de terreno localizada en el Barrio La Boca del término municipal de Guayanilla, con una cabida superficial de **MIL DOSCIENTOS TREINTA Y TRES PUNTO CERO SEISCIENTOS CUARENTA Y SIETE (1233.0647) CUERDAS**, equivalentes a **CUATRO MILLONES OCHOCIENTOS CUARENTA Y SEIS MIL CUATROCIENTOS VEINTIUNO PUNTO CIENTO SESENTA Y SEIS (4846421.166) METROS CUADRADOS**. En lindes por el NORTE con el Río Yauco, y con terrenos de propiedad del Estado Libre Asociado de Puerto Rico; antes, Antonio Pérez, con Jaime Ferrer y otros, con Gerónimo Lluberas, con terrenos de la Sucesión de Juan Ramón Vega, hoy Hermanos Lluberas; por el SUR, con el Mar de las Antillas, Parcela segregada y vendida a Nocon Corporation, y la parcela propiedad del Estado Libre Asociado de Puerto Rico; por el ESTE, con la Bahía de Guayanilla, Domingo Olivieri y con los Hermanos Lluberas; hoy, Texaco Petroleum Industries, Inc.; y por el OESTE, con terrenos propiedad del Estado Libre Asociado de Puerto Rico y la parcela segregada y vendida a Nocon Corporation, terrenos de la Sucesión de Juan Ramón Vega y con el Río Yauco. Tiene esta finca varios almacenes para el depósito de frutas, cuartel de peonaje, casa, habitación, otras casetas para peones, carpintería, cochera, cuadra y canales de riego y dentro de ella, en la parcela de dos (2) cuerdas está la Factoría Azucarera Central San Francisco. Se incluye, además, pozos, bombas y cualquiera otra utilidad, incluyendo equipo de riego.

Se solicita que se anote la siguiente restricción en aquella parte de la propiedad antes descrita que se utiliza para pastoreo de ganado y en aquella parte de la propiedad que queda inmediatamente al Este de la propiedad que se usa para pastoreo de ganado.

**RESTRICCION:** Tropical Fruit, S.E. utilizará dichas partes de la propiedad antes descrita para actividades agrícolas que no requieran la aplicación de pesticidas o fertilizantes mediante la utilización de métodos aéreos (airblast) o métodos manuales mediante máquinas o artefactos (hand-spray), siempre y cuando dichas porciones de la propiedad se mantengan para uso agrícola.

Se solicita que se anote la siguiente restricción en aquella parte de la propiedad antes descrita que se utiliza para el cultivo de guineos y plátanos.

2

**RESTRICCION:** Tropical Fruit, S.E. utilizará dichas partes de la propiedad antes descrita para el cultivo de guineos y plátanos solamente y no utilizará dicha porción de la finca para ningún otro cultivo de ningún tipo de cosecha sin el previo consentimiento escrito del United States Enviromental Protection Agency ("EPA").

En San Juan, Puerto Rico, a 3 de mayo del 2005.

PEDRO TOLEDO GONZALEZ
SOCIO GESTOR

Affidavit Número: 713

Jurado y suscrito ante mí por Pedro Toledo González, mayor de edad, casado, abogado y vecino de San Juan, Puerto Rico, de quien doy fe conocer personalmente en San Juan, Puerto Rico, hoy 3 de mayo del 2005.



NOTARIO PUBLICO