UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>TROPICAL FRUIT, S.E.; AVSHALOM LUBIN; CESAR OTERO ACEVEDO; and PEDRO TOLEDO GONZALEZ<br><br>Defendants | Civil Action No. 97-1442-DRD |

**INDEX OF EXHIBITS OF MEMORANDUM OF LAW IN SUPPORT OF
MOTION IN COMPLIANCE WITH ORDER TO SHOW CAUSE**

**DOCUMENT TITLE**                                                                                          **EXHIBIT NO.**

Statement Under Penalty of Perjury by Mr. Ilán Oliver                                                               1

    Exhibit 1 -   EPA Worker Protection Standard Training Handler
                      Verification Cards issued on March 11, 2002.

    Exhibit 2 -   Notice of Pesticide Use/Misuse Inspection
                      dated 2-26-03 signed by Mr. Ilan Oliver

    Exhibit 3 -   Notice of Pesticide Use/Misuse Inspection
                      dated 3-13-03 signed by Mr. Ilan Oliver

    Exhibit 4 -   Letter from Ms. Carmen H. Zayas to
                      Mr. Ilan Oliver dated April 17, 2003

    Exhibit 5 -   Letter from Ilan Oliver to Ms. Carmen H. Zayas
                      dated May 5, 2003 with Certified Mail Receipt

    Exhibit 6 -   Signed Training Certificates on Worker Protection Standards
                      dated March and May, 2003.

    Exhibit 7 -   Photos

    Exhibit 8 -   Notice of Pesticide Use/Misuse Inspection
                      dated 3-12-04 signed by Mr. Ilán Oliver

| | | |
|---|---|---|
| Exhibit 9 - | Notice of Pesticide Use/Misuse Inspection dated 3-26-04 signed by Mr. Ilan Oliver | |
| Exhibit 10 - | Photo | |
| Exhibit 11 - | Photo | |
| Exhibit 12 - | Photo | |
| Exhibit 13 - | Photo | |
| Exhibit 14 - | Photo | |
| Exhibit 15 - | Photo | |

| | |
|---|---|
| Statement Under Penalty of Perjury by Mr. Eugenio E. Toro | 2 |
| Letter dated June 12, 2003 from Mr. Jaime Sifre Rodríguez, Esq. to Mr. Eric Schaaf, Esq. | 3 |
| Letter dated February 23, 2004 from Mr. Jaime Sifre Rodriguez, Esq. to Ms. Naomi Shapiro, Esq. with enclosures. | 4 |
| Instance of Land Use Restrictions | 5 |