UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br> Plaintiff<br><br><br>v.<br><br><br>TROPICAL FRUIT, S.E.; AVSHALOM LUBIN; CESAR OTERO ACEVEDO; and PEDRO TOLEDO GONZALEZ<br><br>Defendants | Civil Action No. 97-1442-DRD |

**MOTION REQUESTING LEAVE TO FILE DOCUMENTS
IN SPANISH PENDING CERTIFIED TRANSLATION**

TO THE HONORABLE COURT:

COME NOW defendants, Tropical Fruit, S.E., Avshalom Lubin, César Otero Acevedo and Pedro Toledo González (hereinafter referred to collectively as "Defendants"), represented by the undersigned counsel, and very respectfully allege and pray:

On this same date, May 6th, 2005,  the appearing Defendants have filed a Motion in Compliance with Order to Show Cause, with a Memorandum of Law in Support thereof.

Defendants' Memorandum of Law in Support of the Motion in Compliance with Order to Show Cause is accompanied by some exhibits in Spanish. The certified translation of these documents has been requested.

The appearing Defendants respectfully request leave to file such exhibits in Spanish until the certified translations are submitted.

WHEREFORE, Defendants respectfully request that this Honorable Court takes notice of the abovementioned and consequently permits the inclusion of some exhibits in

Spanish until the certified translations are submitted.

Respectfully submitted.

In San Juan, Puerto Rico, on this 6th day of May, 2005.

I HEREBY CERTIFY that on May 6th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Henry Friedman, Esq., Environmental Enforcement Section, U. S. Department of Justice, PO Box 7611, Washington,  D.  C. 20044; Isabel Muñoz, Assistant United States Attorney, Federal Building, Room 452 Chardon Avenue, Hato Rey, Puerto Rico 00918.

I HEREBY CERTIFY that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participants: German A. González PO Box 190764 San Juan, PR 00919-0764.

SANCHEZ-BETANCES, SIFRE,
MUÑOZ-NOYA & RIVERA, PSC.
Counsel for Defendants
PO Box 195055
San Juan, PR  00919-5055
Tel. (787) 756-7880
Fax (787) 753-6580
jsifre@sbsmnr.com
mvila@sbsmnr.com

s/ Jaime Sifre Rodriguez
ATTORNEY JAIME  SIFRE-RODRIGUEZ
USDC-PR: 117409

s/Marta E.Vila Baez
MARTA E. VILA BAEZ
USDC NO. 218111

H:\910.443\MOTIONS\050MOTIONREQUESTINGLEAVETOFILEDOCUMENTSINSPANISH.wpd