UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>TROPICAL FRUIT, S.E.; AVSHALOM LUBIN; CESAR OTERO ACEVEDO; and PEDRO TOLEDO GONZALEZ<br><br>Defendants | Civil Action No. 97-1442-DRD |

**MOTION SUBMITTING CERTIFIED TRANSLATIONS**

TO THE HONORABLE COURT:

COME NOW defendants, Tropical Fruit, S.E., Avshalom Lubin, César Otero Acevedo and Pedro Toledo González (hereinafter referred to collectively as "Defendants"), represented by the undersigned counsel, and very respectfully allege and pray:

On May 6th, 2005 the appearing defendants filed a Motion Requesting Leave to File Documents in Spanish Pending Certified Translation in the present case. Defendants hereby submit the certified translations of such documents along with an Index of the Certified Translations attached hereto.

WHEREFORE, Defendants respectfully request that this Honorable Court take notice of the abovementioned.

Respectfully submitted.

In San Juan, Puerto Rico, on this 17th day of May, 2005.

I HEREBY CERTIFY that on May 17th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following: Mr. Henry Friedman, Esq., Environmental Enforcement Section, U. S. Department of Justice, PO Box 7611, Washington, D. C. 20044; Isabel Muñoz, Assistant United States Attorney, Federal Building, Room 452 Chardon Avenue, Hato Rey, Puerto Rico 00918.

I HEREBY CERTIFY that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participants: German A. González PO Box 190764 San Juan, PR 00919-0764.

                            SANCHEZ-BETANCES, SIFRE,
                            MUÑOZ-NOYA & RIVERA, PSC.
                            Counsel for Defendants
                            PO Box 195055
                            San Juan, PR  00919-5055
                            Tel. (787) 756-7880
                            Fax (787) 753-6580
                            jsifre@sbsmnr.com
                            mvila@sbsmnr.com

                            s/ Jaime Sifre Rodriguez
                            ATTORNEY JAIME  SIFRE-RODRIGUEZ
                            USDC-PR: 117409

                            s/Marta E.Vila Baez
                            MARTA E. VILA BAEZ
                            USDC NO. 218111

H:\910.443\MOTIONS\053MOTIONSUBMITTINGCERTIFIEDTRANSLATIONS.wpd