UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff<br><br>            v.<br><br>TROPICAL FRUIT, S.E.; AVSHALOM LUBIN; CESAR OTERO ACEVEDO; and PEDRO TOLEDO GONZALEZ<br><br>Defendants | Civil Action No. 97-1442-DRD |

**INDEX OF CERTIFIED TRANSLATIONS OF EXHIBITS OF MEMORANDUM OF LAW IN SUPPORT OF MOTION IN COMPLIANCE WITH ORDER TO SHOW CAUSE**

| DOCUMENT TITLE | EXHIBIT NO. |
|---|---|
| Statement Under Penalty of Perjury by Mr. Ilán Oliver | 1 |
| Exhibit 4 - Letter from Ms. Carmen H. Zayas to Mr. Ilan Oliver dated April 17, 2003 | |
| Exhibit 6 - Signed Training Certificates on Worker Protection Standards dated March and May, 2003. | |
| Petition (Instance of Land Use Restrictions) | 5 |