(Certified Translation)

[LOGO]    COMMONWEALTH OF PUERTO RICO
**DEPARTMENT OF AGRICULTURE**
P. O. BOX 10163, SAN JUAN, PR 00908-1163

April 17, 2003

Mr. Ilán Oliver
**Tropical Fruit, S.P.**
PO Box 560572
Guayanilla, P.R. 00656

**VIOLATION NOTICE**

Re: 02-26-03-4221-01-PR-NS

Dear Mr. Oliver:

On February 26, 2003, our Inspector from the Pesticide Control Program, Agronomist Roberto Rivera Vélez, performed an inspection visit at Tropical Fruit, S.P., located at Road #335, Km 8, Bo. Boca, Guayanilla, Puerto Rico.

During said inspection it was determined that the instructions of the labels of the pesticides are not being followed regarding the Worker Protection Standards. The following requirements are not being followed:

Board with Information for the Agricultural Worker:

- Application Records
  - The records were not accessible or updated

II.   Trainings:
  - Training Records
  - Early entrance training records

**EXHIBIT 4**

*Agriculture, the hope for the future*

Certified to be a correct translation.
LAUREN M. GARCIA  [signature]
Certified Federal Court Interpreter

(Certified Translation)

Mr. Ilán Oliver
April 17, 2003
Page 2

III.     <u>Decontamination Area:</u>
- Water – for the workers
- Soap – for the workers
- paper towels – for the workers
- eye cleaning for the handlers

V.     <u>Labeling of treated area:</u>

It was left three days after the REI had expired.

We wish to indicate that not following correctly the use instructions that appear on the labels of the pesticides at the time they are utilized is considered a violation of Article 3(b) of Law # 49 of June 10, 1953, as amended and known as the Pesticides Law of Puerto Rico, and of Article 217 of the Regulations Governing the Sale, Use and Distribution of Pesticides and/or Devices in the Commonwealth of Puerto Rico.

By virtue of the authority granted by Articles 6 and 9 of the Pesticides Law of Puerto Rico and Article 501(A) of the Regulations, promulgated by virtue of the same, we are notifying you of said violations.

We expect these violations to be corrected as soon as possible so you thus continue working in accordance with the requirements of the applicable Law.

For any further information, please communicate with our offices at telephones (787)796-1735 or (787) 796-1775.

Sincerely,

(Signed)
Atty. Carmen H. Zayas
Acting Director, Agrological Lab.

RRV/jbr


Certified to be a correct translation.
LAUREN M. GARCIA
Certified Federal Court Interpreter