(Certified Translation)

**TROPICAL FRUIT S.P.**
**CENTRAL SAN FRANCISCO**
**BOX 560572**
**GUAYANILLA, PR 00656-0572**

## Receipt of training to the agricultural worker According to Protection Standards (WPS)

> *Information to the employer: According to the Worker Protection Standards of the EPA it is required for employers to offer agricultural workers a complete training regarding the Safety Norms against pesticides, before the sixth day the worker enters an area where a Restricted Entrance Interval (REI) has been in effect during the past thirty (30) days.*
> *The training must be offered in a way understood by the worker, and this signed form will serve as registration for that training.*

I have received the pesticide safety training for agricultural workers, which included the following information:

- Where and how pesticides will be found during work activities.
- The dangers of pesticides resulting from toxicity and exposure, including grave effects, chronic effects, delayed effects and sensitivity.
- Ways through which the pesticides may enter the body.
- Signs and symptoms of common types of poisoning from pesticides.
- Emergency first aids for injuries or poisoning by pesticides.
- How to obtain emergency medical attention.
- Emergency and routine decontamination procedures, including techniques for washing eyes in emergencies.
- Dangers of pesticide propagation and current.
- Dangers of pesticides residues on clothes.
- Warning on the transportation to the house of pesticides or pesticide containers.
- An explanation of the WPS Norms created to protect workers, including restrictions of application and entry, design of warning signals, placement of warning signals, verbal warnings, availability of specific information regarding applications and protection against reprisals.

I received the training in a manner I was able to understand.

**Name of Employee** (please print) __Melvin Lopez Rodrig__

**Signature** _____(Signed)(Melvin Lopez Rodriguez)_____

**Address** _____Hc 02 Box 7866 Guayanilla_____
 _____P.R. 00656_____

**Social Security Number** __[redacted]__   Date __March 28 – 03__

**EXHIBIT 6**

Certified to be a correct translation.
LAUREN M. GARCIA  *LmGarcia*
Certified Federal Court Interpreter

(Certified Translation)
**TROPICAL FRUIT S.P.**
**CENTRAL SAN FRANCISCO**
**BOX 560572**
**GUAYANILLA, PR 00656-0572**

# Receipt of training to the agricultural worker According to Protection Standards (WPS)

> *Information to the employer:* According to the Worker Protection Standards of the EPA it is required for employers to offer agricultural workers a complete training regarding the Safety Norms against pesticides, before the sixth day the worker enters an area where a Restricted Entrance Interval (REI) has been in effect during the past thirty (30) days.
> The training must be offered in a way understood by the worker, and this signed form will serve as registration for that training.

I have received the pesticide safety training for agricultural workers, which included the following information:

- Where and how pesticides will be found during work activities.
- The dangers of pesticides resulting from toxicity and exposure, including grave effects, chronic effects, delayed effects and sensitivity.
- Ways through which the pesticides may enter the body.
- Signs and symptoms of common types of poisoning from pesticides.
- Emergency first aids for injuries or poisoning by pesticides.
- How to obtain emergency medical attention.
- Emergency and routine decontamination procedures, including techniques for washing eyes in emergencies.
- Dangers of pesticide propagation and current.
- Dangers of pesticides residues on clothes.
- Warning on the transportation to the house of pesticides or pesticide containers.
- An explanation of the WPS Norms created to protect workers, including restrictions of application and entry, design of warning signals, placement of warning signals, verbal warnings, availability of specific information regarding applications and protection against reprisals.

I received the training in a manner I was able to understand.

**Name of Employee** (please print) _____ Eddie A. Rodriguez _____

**Signature** ___ (Signed) (Eddie A. Rodríguez Rodríguez _____

**Address** _____ Barrinas Ward  Cienaga Sector _____
_____ Hc 03 Box 13888 Yauco P.R. 00698 _____

**Social Security Number** ___[redacted]___   **Date** ___3/28/03___

Certified to be a correct translation.
LAUREN M. GARCIA  *(signature)*
Certified Federal Court Interpreter

(Certified Translation)

BILL HUNT COMPANY
15152 S.W. 143 AVENUE
MIAMI, FL 331(ILLEGIBLE)

# Receipt of training to the agricultural worker According to Protection Standards (WPS)

*Information to the employer: According to the Worker Protection Standards of the EPA it is required for employers to offer agricultural workers a complete training regarding the Safety Norms against pesticides, before the sixth day the worker enters an area where a Restricted Entrance Interval (REI) has been in effect during the past thirty (30) days. The training must be offered in a way understood by the worker, and this signed form will serve as registration for that training.*

I have received the pesticide safety training for agricultural workers, which included the following information:

- Where and how pesticides will be found during work activities.
- The dangers of pesticides resulting from toxicity and exposure, including grave effects, chronic effects, delayed effects and sensitivity.
- Ways through which the pesticides may enter the body.
- Signs and symptoms of common types of poisoning from pesticides.
- Emergency first aids for injuries or poisoning by pesticides.
- How to obtain emergency medical attention.
- Emergency and routine decontamination procedures, including techniques for washing eyes in emergencies.
- Dangers of pesticide propagation and current.
- Dangers of pesticides residues on clothes.
- Warning on the transportation to the house of pesticides or pesticide containers.
- An explanation of the WPS Norms created to protect workers, including restrictions of application and entry, design of warning signals, placement of warning signals, verbal warnings, availability of specific information regarding applications and protection against reprisals.

I received the training in a manner I was able to understand.

**Name of Employee** (please print)   Abraham Martinez Quiñonez

**Signature**   (Signed)(Abraham Martinez Quiñonez

**Address**   Barinas Sector La Toya Yauco

**Social Security Number**   [redacted]   **Date**   May 13, 2003

Certified to be a correct translation.
LAUREN M. GARCIA   *(signature)*
Certified Federal Court Interpreter

(Certified Translation)

BILL HUNT COMPANY
15152 S.W. 143 AVENUE
MIAMI, FL 331(ILLEGIBLE)

# Receipt of training to the agricultural worker According to Protection Standards (WPS)

*Information to the employer: According to the Worker Protection Standards of the EPA it is required for employers to offer agricultural workers a complete training regarding the Safety Norms against pesticides, before the sixth day the worker enters an area where a Restricted Entrance Interval (REI) has been in effect during the past thirty (30) days. The training must be offered in a way understood by the worker, and this signed form will serve as registration for that training.*

I have received the pesticide safety training for agricultural workers, which included the following information:

- Where and how pesticides will be found during work activities.
- The dangers of pesticides resulting from toxicity and exposure, including grave effects, chronic effects, delayed effects and sensitivity.
- Ways through which the pesticides may enter the body.
- Signs and symptoms of common types of poisoning from pesticides.
- Emergency first aids for injuries or poisoning by pesticides.
- How to obtain emergency medical attention.
- Emergency and routine decontamination procedures, including techniques for washing eyes in emergencies.
- Dangers of pesticide propagation and current.
- Dangers of pesticides residues on clothes.
- Warning on the transportation to the house of pesticides or pesticide containers.
- An explanation of the WPS Norms created to protect workers, including restrictions of application and entry, design of warning signals, placement of warning signals, verbal warnings, availability of specific information regarding applications and protection against reprisals.

I received the training in a manner I was able to understand.

**Name of Employee** (please print) _____ Jose Luis Lugo Martinez _____

**Signature** _____ (Signed)(Jose Luis Lugo Martínez _____

**Address** _____ Indio Ward 335 Street 208 Guayanilla _____

_____ P.R. 00656 _____

**Social Security Number** _____[REDACTED]_____ Date _____ 7 MAY 03 _____

Certified to be a correct translation.
LAUREN M. GARCIA  *(signature)*
Certified Federal Court Interpreter