(Certified Translation)

## PETITION

TO: Registry of the Property
Ponce, Puerto Rico

The property described herein is registered to the name of Tropical Fruit, S.E., at folio 181, overleaf, of tome 119 of Guayanilla, Registry of the Property, Section Two of Ponce, farm 14, inscription number 12.

**RURAL:** Extension of land located at La Boca Ward of the municipal term of Guayanilla, with a superficial expanse of ONE THOUSAND TWO HUNDRED THIRTY THREE POINT CERO SIX HUNDRED FORTY SEVEN (1233.0647) "CUERDAS", equivalent to FOUR MILLION EIGHT HUNDRED FORTY SIX THOUSAND FOUR HUNDRED TWENTY ONE POINT ONE HUNDRED SIXTY SIX (4846421.166) SQUARE METERS. On boundaries by the NORTH with the Yauco River, and with lands belonging to the Commonwealth of Puerto Rico; before, Antonio Pérez, with Jaime Ferrer and others, with Geronimo Lluberas, with land of the Estate of Juan Ramon Vega, today Lluberas Brothers; by the SOUTH, with Mar de las Antillas, Parcel segregated and sold to Nocon Corporation, and the parcel belonging to the Commonwealth of Puerto Rico; by the EAST, with the Guayanilla Bay, Domingo Olivieri and with the Lluberas Bothers; today, Texaco Petroleum Industries, Inc.; and by the WEST, with lands belonging to the Commonwealth of Puerto Rico and the parcel segregated and sold to Nocon Corporation, lands of the Estate of Juan Ramon Vega and with the Yauco River. This property has several warehouses for the deposit of fruit, workers' quarters, house, room, other sheds for workers, carpentry shop, carriage-house, stable and irrigation canals and within it, at the two (2) "cuerdas" parcel is the San Francisco Sugar Mill Factory. Also included are wells, pumps and any other utility, including irrigation equipment.

It is requested that the following restriction be noted in that portion of the above described property that is utilized to pasture cattle and in those parts of the property that are immediately to the East of the property used to pasture cattle.

**RESTRICTION:** Tropical Fruit, S.E. will utilize said portions of the property described above for agricultural activities not requiring the application of pesticides or fertilizers using air-blast or hand-spray means, as long as said portions of the property are kept for agricultural use.

It is requested that the following restriction be noted in that portion of the above described property that is utilized to grow bananas and plantains.

Certified to be a correct translation.
LAUREN M. GARCIA
Certified Federal Court Interpreter

(Certified Translation)

2

**RESTRICTION:** Tropical Fruit, S.E. will utilize said portions of the property described above only for the growing of bananas and plantains and will not utilize said portion of the farm to grow any other type of crop without the prior consent of the United States Environmental Protection Agency (EPA).

In San Juan, Puerto Rico, May 3, 2005.

                                            [Signed]
                                            PEDRO TOLEDO GONZALEZ
                                            GENERAL PARTNER

**Affidavit Number**     **713**

Sworn and subscribed to before me by Pedro Toledo Gonzalez, of legal age, married, attorney and resident of San Juan, Puerto Rico, whom I certify knowing personally in San Juan, Puerto Rico, today May 3, 2005.

                                            [Signed]
                                            NOTARY PUBLIC

                                            [Notary Seal: ARNALDO CASTRO CALLEJO
                                                        ATTORNEY-NOTARY
                                                        A C C]

Certified to be a correct translation.
LAUREN M. GARCIA
Certified Federal Court Interpreter