UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>TROPICAL FRUIT, S.E.;<br>AVSHALOM LUBIN;<br>CESAR OTERO ACEVEDO; and<br>PEDRO TOLEDO GONZALEZ,<br><br>          Defendants. | Civil Action No. 97-1442-DRD |

**PLAINTIFF UNITED STATES' MOTION FOR LEAVE TO FILE
REPLY TO DEFENDANTS' OPPOSITION TO UNITED STATES
MOTION FOR AN ORDER TO SHOW CAUSE ON CONTEMPT**

      On December 16, 2004 (Docket #95), the United States Filed a Motion for an Order to Show Cause regarding Contempt. On May 6, 2005 (Docket #105) Defendants filed an Opposition to the United States Motion for an Order to Show Cause. In their Opposition, Defendants' raise new issues regarding their attempt to modify and rewrite the Consent Decree which they negotiated and entered into on October 25, 2001. These issues necessitate a reply by the United States, including an accurate description of the body of case law regarding the heavy burden associated with a party's attempt to modify a consent decree. Pursuant to Civil Local Rule 7(c), the United States must obtain leave of Court in order to file a Reply Memorandum. On May 13, 2005 the United States filed a Motion seeking until May 17, 2005 to file a Motion

-1-

seeking leave to file Reply Memorandum.

Therefore, the United States respectfully requests that the Court grant the United States' Motion for Leave to File a Reply and allow the filing of the Reply tendered herewith.

May 17, 2005

                Respectfully Submitted,

                KELLY A. JOHNSON
                Acting Assistant Attorney General
                Environment and Natural Resources Division

                <u>s/ Henry S. Friedman</u>
                HENRY S. FRIEDMAN, Senior Attorney
                USDC-PR #600105
                JEROME MACLAUGHLIN, Trial Attorney
                Environmental Enforcement Section
                Environment and Natural Resources Division
                U.S. Department of Justice
                Benjamin Franklin Station
                P.O. Box 7611
                Washington, D.C. 20044
                (202) 514-5268

                H.S. GARCIA
                United States Attorney
                District of Puerto Rico

                ISABEL MUNOZ
                Assistant United States Attorney
                USDC No. 128302
                District of Puerto Rico
                Federal Building, Room 452
                Chardon Avenue
                Hato Rey, Puerto Rico  00918
                (787) 766-5656

OF COUNSEL:

ERIC SCHAAF, Acting Regional Counsel
NAOMI SHAPIRO, Assistant Regional Counsel
LOURDES RODRIGUEZ, Assistant Regional Counsel


U.S. Environmental Protection Agency Region II
290 Broadway, 16th Floor
New York, New York  10007

CERTIFICATE OF SERVICE

    I, Henry S. Friedman, hereby certify that on May 17, 2005 copies of the United States of America's Motion for Leave to Reply and Memorandum in Reply to Defendants' Opposition to Motion of the United States for Contempt was served by means of the CMF/EMF electronic docket system on the following registered users of that system:

>Jaime Sifre, Esq.
>Sanchez, Betances & Sifre
>Bolivia # 33, Suite 500
>Hato Rey, Puerto Rico  00918

>s/ Henry S. Friedman
>HENRY S. FRIEDMAN