UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff<br><br>           v.<br><br>TROPICAL FRUIT, S.E.; AVSHALOM LUBIN; CESAR OTERO ACEVEDO; and PEDRO TOLEDO GONZALEZ<br><br>  Defendants | Civil Action No. 97-1442-DRD |

**MOTION REQUESTING LEAVE TO FILE SUR-REPLY**

TO THE HONORABLE COURT:

   COME NOW defendants, represented by the undersigned counsel, and very respectfully allege and pray as follows:

   1.   On December 16th, 2004, Plaintiff filed a motion for contempt and for defendants to show cause (Docket No. 95).

   2.   On May 6th, 2005 Defendants filed a motion in compliance with the Court's order to show cause and a memorandum of law in support thereof. (Docket No. 105).

   3.   On May 13th, 2005, Plaintiff requested an extension of time until May 17th, 2005 , to file a motion requesting leave to reply Defendants' motion. (Docket No. 108).

   4.   On May 17th, 2005 Plaintiff filed the motion requesting leave to reply and tendered a reply therewith. (Docket No. 110)

   5.   In the Reply tendered on May 17th, 2005 Plaintiff set forth new arguments of law as to Defendants' alleged attempt to seek the modification of the Consent Decree by the Court while misconstruing the statements in Defendants' memorandum in support of

the motion in compliance with order to show cause. Defendants respectfully submit that Plaintiff's argument mandate a response.

6.  If this Court grants Plaintiff leave to file its tendered reply, Defendants should also be granted leave to sur-reply as it is hereby respectfully requested.

WHEREFORE, it is respectfully requested from this Honorable Court to grant this request and allow Defendants to file a sur-reply.

Respectfully submitted.

In San Juan, Puerto Rico, on this 24th day of May, 2005.

I HEREBY CERTIFY that on May 24th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Henry Friedman, Esq., Environmental Enforcement Section, U. S. Department of Justice, PO Box 7611, Washington, D. C. 20044; Isabel Muñoz, Assistant United States Attorney, Federal Building, Room 452 Chardon Avenue, Hato Rey, Puerto Rico 00918.

I HEREBY CERTIFY that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participants: German A. González PO Box 190764 San Juan, PR 00919-0764.

SANCHEZ-BETANCES, SIFRE,
MUÑOZ-NOYA & RIVERA, PSC.
Counsel for Defendants
PO Box 195055
San Juan, PR  00919-5055
Tel. (787) 756-7880
Fax (787) 753-6580
mvila@sbsmnr.com

s/Marta E.Vila Baez
MARTA E. VILA BAEZ
USDC NO. 218111

H:\910.443\MOTIONS\055MOTIONREQUESTINGLEAVETOFILESUR-REPLY.wpd