UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                                                    CIVIL NO. 97-1442(DRD)

TROPICAL FRUIT, S.E., et al.,
Defendants

ORDER

| MOTION | ORDER |
|---|---|
| **Date Filed: 09/02/05** <br> <u>**Docket #118**</u> <br> [ ] **Plaintiff** <br> [X] **Defendant** <br> **Title:** Informative Motion | **NOTED** as to the informative motion.  **GRANTED** as requested until September 16, 2005 to submit a Settlement Agreement.  The Court hereby **VACATES** the Evidentiary Hearing scheduled for the 7th day of September 2005 at 9:00 a.m.  Until the settlement is filed and Notice of Compliance with Settlement in the Federal Register has been approved, the Court hereby **TERMINATES albeit without prejudice** the *United State's Motion for Order Requiring Defendants To Show Cause Why They Should Not Be Held in Contempt of and Ordered to Immediately Comply with the Consent Decree* (Docket No. 95) and *Defendants' Motion in Compliance with Order to Show Cause* at Docket No. 105. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 2nd day of September 2005.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE