UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TROPICAL FRUIT, S.E.;<br>AVSHALOM LUBIN;<br>CESAR OTERO ACEVEDO; and<br>PEDRO TOLEDO GONZALEZ,<br><br>　　　　　Defendants. | Civil Action No. 97-1442-DRD |

**NOTICE OF LODGING**

TO THE HONORABLE COURT:

　　Plaintiff, the United States of America, hereby notifies the Court that it is lodging herewith a Settlement Agreement in this case pending solicitation and consideration of public comments, in accordance with 28 C.F.R. § 50.7 and 42 U.S.C. § 9622(i).

　　In accordance with Department of Justice policy, 28 C.F.R. § 50.7, and 42 U.S.C. § 9622(i), the Department of Justice will publish in the Federal Register a notice of the lodging of this Consent Decree.  This publication will initiate a 15-day comment period.  The United States will advise the Court when the public comment period has expired.  <u>During the pendency of the public comment period, no action is required of the Court</u>.

　　After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the Settlement Agreement, unless the comments disclose facts or considerations which indicate that the proposed Settlement Agreement is inappropriate, improper or inadequate.

Dated this 13th day of September, 2005.

              Respectfully Submitted,

              KELLY A. JOHNSON
              Acting Assistant Attorney General
              Environment and Natural Resources Division

               /s/ Henry S. Friedman
              HENRY S. FRIEDMAN, Senior Attorney
              USDC No. G00105
              JEROME MACLAUGHLIN
              Trial Attorney
              Environmental Enforcement Section
              Environment and Natural Resources Division
              U.S. Department of Justice
              Benjamin Franklin Station
              P.O. Box 7611
              Washington, D.C. 20044
              (202) 514-5268

              H.S. GARCIA
              United States Attorney
              District of Puerto Rico

              ISABEL MUNOZ
              Assistant United States Attorney
              USDC No. 128302
              District of Puerto Rico
              Federal Building, Room 452
              Chardon Avenue
              Hato Rey, Puerto Rico  00918
              (787) 766-5656

OF COUNSEL:

ERIC SCHAAF, Regional Counsel
NAOMI SHAPIRO, Assistant Regional Counsel
LOURDES RODRIGUEZ, Assistant Regional Counsel
U.S. Environmental Protection Agency Region II
290 Broadway, 16th Floor
New York, New York  10007
(212) 637-3221

CERTIFICATE OF SERVICE

  I, Henry S. Friedman, hereby certify that on September 13, 2005 the **United States' Notice of Lodging and Settlement Agreement** were filed electronically with the Clerk of Court using the CM/ECF System which will send notification to Jaime Sifre, Esq. and Marta E. Vila Baez, counsel for Defendants. In addition, copies of the **United States' Notice of Lodging and Settlement Agreement** were also served on September 13, 2005, by electronic mail to jsifre@sbsmnr.com and mvila@sbsmnr.com .

      /s/ Henry Friedman
      HENRY S. FRIEDMAN