**UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO**
**BEFORE HONORABLE DANIEL R. DOMINGUEZ**

**AMENDED MINUTES OF PROCEEDINGS**　　　　　　DATE: February 14, 2006
**CIVIL NO. 97-1442(DRD)**
LAW CLERK: Jose A. Figueroa

===============================================================

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff, | Attorneys: | Isabel Muñoz (AUSA)<br>Jerry Maclaughlin (DOJ)(via telephone) |
| v. | | |
| **TROPICAL FRUIT, S.E., et al.,**<br>Defendants | | Jaime Sifre |

===============================================================

　　A Status Conference was held today. It began at 6:50 p.m. and ended at 7:00 p.m. The parties advised the Court as to the status of the case. As agreed in the Settlement Agreement entered into by the appearing parties the Court conducts a periodic Status Conference to monitor compliance with the stipulations and to determine the progress of the work being performed at the farm.

　　Counsel for plaintiff sustains that:
　　1) Removal of mango trees is ahead of schedule and it is expected to be completed by the first week of March 2006.
　　2) Phase II relating to the planting bananas and plantains is expected to be concluded by May 15, 2006.
　　3) Irrigation system is being currently installed.
　　4) First Penalty payment has been paid by defendants.
　　5) The second penalty payment shall be paid on or before May 23, 2006, and the final and third payment shall be paid on or before November 22, 2006.

　　Counsel for plaintiff does not object to the progress report as informed by counsel for defendants. Therefore, the Court schedules a **Status Conference** for the **31st day of May 2006 at 6:00 p.m.** Once again, local counsel shall appear in person, and counsel for EPA shall appear via telephone conference.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　**S/DANIEL R. DOMINGUEZ**
　　　　　　　　　　　　　　　　　　　　**DANIEL R. DOMINGUEZ**
　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**