UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>Vs.<br><br>TROPICAL FRUIT, S.E.;<br>AVSHALOM LUBIN;<br>CESAR OTERO ACEVEDO; and<br>PEDRO TOLEDO GONZALEZ<br>Defendants | Civil Action No. 97-1442-DRD |

MOTION REQUESTING RESCHEDULING
OF STATUS CONFERENCE
SCHEDULED FOR MAY 31ST, 2006

TO THE HONORABLE COURT:

COME NOW defendants, represented by the undersigned counsel, and very respectfully allege and pray:

1. This Court scheduled a status conference for May 31, at 6:00pm. The attorney for plaintiff, Mr. Jerome MacLaughlin was to appear by telephone conference.

2. The undersigned attorney, at the time the case was scheduled did not realized that it was arriving from the United States late that afternoon, and that it will be therefore practically impossible to be on time before this Honorable Court. Considering said situation, the undersigned attorney contacted counsel for plaintiff, and he has no objection in rescheduling the status conference for any the following dates: June 1, 2, 5 and 6, at 6:00pm.

IN CONSIDERATION TO THE ABOVE, it is respectfully requested from this Honorable Court that the status conference scheduled for May 31, at 6:00pm, be rescheduled to any of the above mentioned dates.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 17th day of May, 2006.

I HEREBY CERTIFY:  I, hereby certify that I have notified copy of this document by regular mail to Mr. Richard Boote, Esq., Environmental Enforcement Section, U. S. Department of Justice, PO Box 7611, Washington,  D.  C. 20044; and by regular mail to Isabel Muñoz, Assistant United States Attorney, Federal Building, Room 452 Chardon Avenue, Hato Rey, Puerto Rico 00918; Naomi Shapiro, Assistant Regional Counsel, U. S. Environmental Protection Agency, Region II, 290 Broadway, 26th Floor, New York, New York 10007.

SÁNCHEZ BETANCES SIFRE,
MUÑOZ-NOYA & RIVERA, P.S.C.
Counsel for Defendants
P.O. Box 364428
San Juan, Puerto Rico  00936-4428
Phone: (787) 756-7880
Fax No. (787) 753-6580
jsifre@sbsmnr.com


s/Jaime Sifre Rodríguez
 JAIME SIFRE RODRIGUEZ
 USCD No. 117409

H:\430-Tropical Fruit\910.443-430.001\Order to Show Cause\01-mot rescheduling of sc.wpd