# Bill Hunt Company
14400 SW 149 Ter
Miami, FL 33186

April 18, 2006

Jaime Sifre Rodriguez, Esq.
Sanchez, Betances & Sifre
PO Box 5055
San Juan, PR 00919

Ref: Tropical Fruit SE, Usage of Improved Spray Adjuvant "Top-Film"

Dear Jaime;

There is a new and very much improved spray Sticker-Adjuvant for use in insecticide, fungicide and nutrition foliar applications that is being used successfully by the other mango growers in Puerto Rico.

The product, an all natural spray adjuvant called "Top-Film" increases the persistence of the applied spray material on the leaf surfaces, repelling wash off by rain or irrigation, while still allowing the leaf cells to breathe.

The product is based on an sponge-like material derived from grain called "BioCar" and actually holds the sprayed material in place under a microscopic porous sponge-like film. Hence, unlike the other sticker/spreaders on the market that are pine oil based (Nu-Film, Vapor-Guard), Top-Film does not clog the stomatic cells, allowing normal transpiration to take place and drastically reducing the risk of phytotoxic leaf burn.

The product is being sold in Puerto Rico by Agroservicios, Inc and is being used by Serralles, Martex and others. I feel that it is instrumental to allow Tropical Fruit to have access to this product as it will definitely benefit their crop protection program.

Please ask the Court to approve its use for Tropical Fruit under the current agreement.

I am enclosing literature and a copy of the MSDS

All the best,

Bill Hunt

cc. Mr. Avshalom Lubin

Encls.

Tel: (305)238-0991    Fax: (305)254-6319    e-mail: bilihun@spraytec.com



DuPont Crop Protection
3122 NW Windemere Drive
Jensen Beach, FL 34957
(772) 692-8704 Off (772) 692-8593 Fax
(772) 263-1289 Cell

May 22, 2006

Pedro Vivoni
AGRO SERVICIOS INC
PO BOX 360393
SAN JUAN, PR 00936

Dear Pedro,

Dear Sr. Vivoni

Effective May 4, 2006, DuPont Crop Protection is discontinuing the manufacture and sale of our Kocide 101. Please inform your Kocide 101 customer that it will not be available after you sell out of existing inventory.

Please offer DuPont's premium brand, Kocide 2000 as the best available replacement. Please call with questions or concerns. Thank you for supporting DuPont Crop Protection.

Best Regards,

Cam Hanna
DuPont Crop Protection

E.I. du Pont de Nemours and Company



# AGRO SERVICIOS INC.

PO Box 360393 San Juan, P.R. 00936-0393
Tel. (787) 756-8181 • Fax (787) 753-6188

May 23, 2006

Ilan Oliver
Tropical Fruits
Box 5605572
Guayanilla, PR 00656-0572

Dear Mr. Oliver:

I am including a copy of the letter sent to us by DuPont Crop Protection informing us that they are discontinuing the manufacture and sales of Kocide 101 and once this inventory is sold, there will be no more available.

We will however keep stocking Kocide 2000 which offers better pest control and contains less metallic copper than Kocide 101.

Should you need additional information regarding Kocide 2000 please call us so we can provide it.

Thank you for your continuous support.

Truly yours,

Pedro J. Vivoni
President

c: Froilan Avila